# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: **Ernesto Alejandro Arreola-Leal**

I, Roberto Gonzalez , declare and state as follows:

On November 2, 2024, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) encountered Ernesto Alejandro Arreola-Leal at the Webb County Jail in Laredo, Texas after an arrest by the Laredo Police Department. ICE/ERO established that Ernesto Alejandro Arreola-Leal was a citizen of Mexico who was previously removed from the United States. A Notice of Action-Immigration Detainer, From I-247 was lodged against Arreola-Leal.

On November 4, 2024, Arreola-Leal was released from Webb County Jail to ICE/ERO Laredo and was issued a Notice of Intent/Decision to Reinstate Prior Order of Removal, Form I-871, pursuant to Section 241 (a)(5) of the INA.

Arreola-Leal was last removed from the United States to Mexico on December 22, 2022, from Laredo, TX. There is no record of Ernesto Alejandro Arreola-Leal applying for or receiving permission from the Attorney General or Secretary of the Department of Homeland Security to re-renter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of November , 2024 .

Roberto Gonzalez, Deportation Officer
D.O.
Immigration and Customs Enforcement

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _________ day of ____________________ , _____________.

UNITED STATES MAGISTRATE JUDGE